# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _08MJ960·AJB_ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| *Jorge Camacho et al* ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted)/ Case Disposed / Order of Court).

*Jose Angel Pavon Gonzalez*

DATED: _4/09/08_

**RUBEN B. BROOKS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                **DUSM**

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
          **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082